# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE LETOURNEAU and BENJAMIN CATTEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR and NATIONAL PARK SERVICE/YOSEMITE NATIONAL PARK,<br><br>Defendants. | Case No.  1:19-cv-01152-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

Plaintiffs, Jeanne Letourneau and Benjamin Cattez, and Defendants, United States Department of Interior and National Park Service/Yosemite National Park, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 12). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 14, 2020**                                           /s/ Erica P. Grosjean
                                                                                              UNITED STATES MAGISTRATE JUDGE